*Tuesday, February 20, 2001*

## MOTION DOCKET

**00–1076. Royster v. Toyota Motor Sales, U.S.A., Inc.**
Cuyahoga App. No. 75634. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motions of *amici curiae,* Ohio Attorney General Betty D. Montgomery and Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for February 28, 2001,

IT IS ORDERED by the court that the motions to participate in oral argument be, and hereby are, granted, and the *amici curiae* shall share the time allotted to appellant.

## MISCELLANEOUS DISMISSALS

**00–2237. Society Bank v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 99–M–204. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to remand case to Board of Tax Appeals upon settlement,

IT IS ORDERED by the court that the motion to remand case be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals for entry of an order.

IT IS FURTHER ORDERED that the parties are to bear their respective costs herein expended, that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution, and that a copy of this entry be certified to the Clerk of the Board of Tax Appeals for entry.

**01–74. State ex rel. Perotti v. Fourth Dist. Court of Appeals Judges.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, February 21, 2001*

## MOTION DOCKET

**00–1942. State ex rel. Ruscilli Constr. Co. v. Indus. Comm.**
Franklin App. No. 99AP–1328. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion to consolidate this cause with Supreme Court case No. 00–2191,

IT IS ORDERED by the court that the motion to consolidate be, and hereby is, granted.

IT IS FURTHER ORDERED that the briefs filed by the parties in this case shall be deemed filed in case No. 00–2191 as of the date of this entry.